IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TYLER FREDRICK ERICKSON, <br><br> Plaintiff, <br><br> vs. <br><br> JASON KIMBALL, KEITH DEETZ, and DOES 1–3, <br><br> Defendants. | CV 22–190–M–DLC <br><br><br> ORDER |

The parties have notified the Court that a complete and final settlement agreement has been reached in the above-captioned matter thereby resolving all issues between them. (Doc. 28.) The parties therefore move for dismissal of this matter with prejudice, with each party to bear their own costs and attorney's fees. (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 2nd day of January, 2024.

Dana L. Christensen, District Judge
United States District Court

1